UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**In re:**

**DAVID LEE TIPTON**  Case No. 09-32757-KRH
And  Chapter 7
**CHERYL LEIGH TIPTON**
    **Debtors.**

## MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

**COMES NOW** the Chapter 7 Trustee, Roy M. Terry, Jr. (the "Trustee"), by counsel, and moves this Court for approval of the compromise and settlement with Ryan and Jennifer Paterson ("Paterson"), pursuant to Federal Rule of Bankruptcy Procedure 9019, and in support thereof, states as follows:

1.   This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.   On April 30, 2009, David and Cheryl Lee Tipton ("Debtors") filed for relief in the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") under chapter 7 of the United States Bankruptcy Code.

3.   Roy M. Terry, Jr. was appointed as interim trustee and continues to serve in that capacity.

4.   On September 1, 2006, the Patersons signed a Promissory Note ("Note") agreeing to pay David Tipton ("Tipton") $100,000 plus interest for the conveyance of real property with

John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
Sara L. Hendon, VSB No. 76829
DurretteBradshaw PLC
1111 E. Main St., 16th Floor
Richmond, Virginia 23219
☎804.775.6900
📄 804.775.6911
Counsel for Chapter 7 Trustee

an address of 12103 Sawhill Boulevard, Spotsylvania, Virginia 22553.

5. Upon information and belief, the real estate lacks sufficient value to secure the obligation and the Patersons have an inability to pay the Note in full.

6. The Trustee and the Patersons have agreed to settle all matters relating to the Note whereby the Patersons shall pay the Trustee, over a term of eight months, the total sum of forty thousand dollars ($40,000.00) with six percent interest applied to the monthly balance in full and complete satisfaction of any claims the Trustee may have related to the Note (the "Potential Claims").

## Settlement and Compromise

7. Based on an analysis of the Potential Claims, including the cost and expense of further litigation, the Trustee and the Patersons have determined that it is in their best interests to settle the Potential Claims. Pursuant to the terms of the settlement, the Patersons shall pay the Trustee over a term of eight months, the total sum of forty thousand dollars ($40,000.00) with six percent interest applied to the monthly balance. The first monthly installment of $5,112.50 is due on May 15, 2010 or upon court approval, whichever is later, and thereafter monthly installments in the same amount are due on the 15th of each month with the last monthly payment due on December 15, 2010. There will be no penalty for early payment of the entire balance.

8. Upon payment in full of the $40,000.00 plus interest as provided for in the Settlement Agreement, the Patersons will be released forever from all further claims of the Trustee and the Tipton bankruptcy estate and the Trustee will sign all documents and provide all information necessary to remove or mark satisfied and paid in full the Deed of Trust related to the Promissory Note that is recorded currently in the land records of Spotsylvania County.

**Points and Authorities**

9.  In determining whether to approve a compromise, the Court must look at various factors and determine whether the compromise is in the best interest of the estate and whether it is fair and equitable to the creditors of the estate. *In re Frye*, 216 BR 166, 175 (Bankr.E.D. Va. 1997). These factors include: (1) the probability of success in litigation; (2) the potential difficulties, if any, in collection; (3) the complexity of the litigation involved and the expense, inconvenience and delays necessarily attending it; and (4) the paramount interest of the creditors. *Id.*

10.  After reviewing the facts underlying the Potential Claims, the claims and/or defenses that may be asserted by any of the parties, and the potential cost and expense of litigating the matters, the Trustee has determined that the balance of the costs and benefits favors resolving these matters as provided by the settlement and compromise described herein.

**WHEREFORE**, Roy M. Terry, Jr., Chapter 7 Trustee, prays that the Court enter an order: (a) approving the proposed compromise and settlement; and (b) granting such other and further relief as may be just and proper.

Respectfully submitted this the 11th day of May, 2010.

    /s/ John C. Smith
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
Sara L. Hendon, VSB No. 76829
DurretteBradshaw PLC
1111 E. Main St., 16th Floor
Richmond, Virginia 23219
☎ 804.775.6900
📄 804.775.6911
Counsel for Roy M. Terry, Jr., Chapter 7 Trustee

4

## Certificate of Service

I hereby certify on the 11th day of May, 2010, a true copy of the foregoing Motion was delivered by electronic means and/or mailed first class mail, postage fully prepaid, to the parties on the attached service list.

                                                                 /s/ John C. Smith

F:\RMT\Chapter 7 Trustee\09-32757 Tipton, David & Cheryl\Motion to Approve Compromsie and Settlement.doc

Allied Leasing
P.O. Box 1066
Miami, FL 33256-0000

Allied Leasing
PO Box 561066
Miami, FL 33256-1066

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
c/o United Recovery Systems
P.O. Box 722929
Houston, TX 77272-2929

American Express
c/o Zwicker & Assoc PC
80 Minuteman Road
Andover, MA 01810-1008

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American General Finance
P.O. Box 971
Evansville, IN 47706-0971

American General Financial Svcs
3940 Plank Rd Ste H
Fredericksburg, VA 22407-6869

American Home Mortgage Servicing In
P.O. Box 631730
Irving, TX 75063-0002

BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWI
c/o SHAPIRO & BURSON, LLP
236 Clearfield Av., Ste. 215
Virginia Beach, VA 23462-1893

BAC Home Loans Servicing, L.P. fka Countrywi
C/O SHAPIRO AND BURSON LLP
236 CLEARFIELD AVE STE 215
VA BEACH VA 23462-1893

Bank of America
P.O. Box 15026
Wilmington, DE 19886-5026

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

BB AND T
PO BOX 1847
WILSON NC 27894-1847

Bradley Seltzer
Stacy Granberry
10037 Gander Court
Fredericksburg, VA 22407-3705

Branch Banking & Trust Company
c/o Deborah S. Kirkpatrick, Esq.
P.O. Box 10275
Virginia Beach, VA 23450-0275

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Bank USA,N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

Cheryl Leigh Tipton
1202 Century Oak Drive
Fredericksburg, VA 22401-6209

Citi
Bankruptcy Dept.
P.O. Box 140489
Irving, TX 75014-0489

Citi Cards
P.O. Box 6500
Sioux Falls, SD 57117-6500

Citi/Shell
c/o United Recovery Systems
P.O. Box 722910
Houston, TX 77272-2910

Countrywide Home Loans
Attn: Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170

David Lee Tipton
1202 Century Oak Drive
Fredericksburg, VA 22401-6209

Dell Financial Services
c/o Customer Service Correspondence
P.O. Box 81577
Austin, TX 78708-1577

Diane Blunt
201 Shaw Court
Fredericksburg, VA 22405-2688

Fia Card Services, NA/Bank of America
by American Infosource Lp As Its Agent
PO Box 248809
Oklahoma City, OK  73124-8809

Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100

Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043

Lowe's
GE Money Bank
P.O. Box 981064
El Paso, TX 79998-1064

Lowe's
P.O. Box 981064
El Paso, TX 79998-1064

Lowe's
c/o Allied Interstate
P.O. Box 1962
Southgate, MI 48195-0962

Michael Turner
433 Grant Avenue
Downingtown, PA 19335-3013

Office of U. S. Trustee
701 East Broad Street
Suite 4300
Richmond, VA 23219-1849

PYOD LLC its successors and assigns as assig
Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Recovery Management Systems Corporation
For GE Money Bank
dba LOWES CONSUMER
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Robert Easterling
2217 Princess Anne St., Ste. 100-2
Fredericksburg, VA 22401-3359

Sears Bankruptcy
P.O. Box 20487
Kansas City, MO 64195-0487

Sears/Citi
P.O. Box 6286
Sious Falls, SD 57117-6286

Shell Credit Card Center
P.O. Box 689151
Des Moines, IA 50368-9151

Sun Trust Bank
P.O. Box 2988
Omaha, NE 68103-2988

Sun Trust Bank
P.O. Box 85052
Richmond, VA 23285-5052

SunTrust Bank
P.O. Box 305053
Nashville, TN 37230-5053

Suntrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust Bankcard Division
7455 Chancellor Drive
Orlando, FL 32809-6213

The Pool Company Inc
1237 Jefferson Davis Hwy
Fredericksburg, VA 22401-4415

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026